UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. CRAMER,<br><br>        Plaintiff. | Case No. 14-cv-04789-VC  (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On October 28, 2014, J. Cramer, a state prisoner, filed a letter attempting to assert constitutional claims against employees of Pelican Bay State Prison. On the same day, the Clerk of the Court sent Cramer a notice that he had not filed a complaint on the proper form to assert civil rights claims under 42 U.S.C. § 1983 and that he had not submitted an application to proceed In Forma Pauperis ("IFP"). Doc. Nos. 2, 3. The first notice informed Cramer that he must submit a complaint on the correct form within twenty-eight days or his case would be dismissed and the file closed. Doc. No. 2. The second notice informed Cramer that he must either pay the filing fee or file a completed IFP application within twenty-eight days of the date of the notice or his action would be dismissed and the file closed. Doc. No. 3. The Clerk mailed Cramer a blank civil rights complaint, a copy of the Court's IFP application and a return envelope.

More than twenty-eight days have passed and Cramer has not submitted a completed IFP application or a complaint on the correct form.

Accordingly, it is ordered that this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall terminate all pending motions, and close the file.

**IT IS SO ORDERED**.

Dated: January 2, 2015

VINCE CHHABRIA
United States District Judge